IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN A. JOHNSON, | : | |
| Petitioner, | : | |
| | : | 1:16-cv-0973 |
| v. | : | |
| | : | Hon. John E. Jones III |
| DAVID J. WEBER, | : | |
| Respondent. | : | |

# **ORDER**

**December 28, 2017**

NOW THEREFORE, upon consideration of the petition for writ of habeas corpus (Doc. 1) and Supplement (Doc. 2), and in accordance with the Court's Memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus is DENIED.

2. The Clerk of Court is directed to CLOSE this case.

s/ John E. Jones III
John E. Jones III
United States District Judge